UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-9679 DMG (PLAx)** | Date | June 6, 2011 |
| Title | Russell Cave and Partners, LLC v. UTC Fire and Security Corporation ET AL. | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Karen Park for Valencia Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES

On May 4, 2011 [Doc. #25], the Cont continued the Scheduling Conference to June 6, 2011, at 11:00 a.m. Defense counsel was present, but plaintiff's counsel failed to appear for the proceeding..

IT IS HEREBY ORDERED that **plaintiff** show cause in writing no later than **12:00 P.M. (Noon) on June 10, 2011** why sanctions should not be imposed for his failure to appear at the Scheduling Conference on June 6, 2011. Additionally, **defendant** shall file a declaration regarding attorneys' fees incurred for appearance at the scheduling conference **no later than 12:00 P.M. (Noon) on June 10, 2011.**

Scheduling Conference is hereby **continued to June 13, 2011, at 11:00 a.m.** Counsel of record for both parties are ORDERED to appear at the new date and time.

IT IS SO ORDERED.